UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS ENRIQUE VASQUEZ et al.,

                Plaintiff,

-v.-

POLASH INDIAN CUISINE & RESTAURANT INC. et al.,

                Defendant.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
13 Civ. 7144 (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/14

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       Following a settlement conference, the parties reached a binding settlement of this matter. On October 9, 2014, an order was issued on the parties' consent agreeing to disposition of this case by the undersigned pursuant to 28 U.S.C. § 636(c).

       In light of the settlement, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party. The Court will retain jurisdiction to enforce the parties' settlement agreement for the duration of that agreement.

       This dismissal is without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: October 14, 2014
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge